**ENTER JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOB BANNER ASSOCIATES INC, | Case No. CV-13-83-R |
| Plaintiffs, | **ORDER OF DISMISSAL** |
| v. | |
| WHACKO INC et al, | |
| Defendants. | |

THE COURT having been advised by the counsel for the parties that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action (including counterclaims) is hereby dismissed without costs and without prejudice to the right, upon good cause shown within 60 days, to reopen the action if the settlement is not consummated.  The Court reserves its jurisdiction for the purpose of enforcing the settlement.

Dated  Oct. 15, 2013

_____
MANUEL L. REAL
United States District Judge