AO 121 (6/90)

| TO: |
|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 |

**REPORT ON THE
FILING OR DETERMINATION OF AN
ACTION OR APPEAL
REGARDING A COPYRIGHT**

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION   ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO.  CV13-00083<br>DATE FILED Jan. 4, 2013 | United States District Court, Central District of California<br>312 N. Spring Street, Los Angeles, CA 90012 |
| PLAINTIFF<br>Bob Banner Associates, Inc. | DEFENDANT<br>Whacko, Inc. and Carol Burnett |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|---|
| 1 | RE 688-527 | The Carol Burnett Show Episode # 4 | Burngood, Inc. |
| 2 | RE 688-533 | The Carol Burnett Show Episode # 5 | Burngood, Inc. |
| 3 | RE 688-532 | The Carol Burnett Show Episode # 6 | Burngood, Inc. |
| 4 | RE 688-531 | The Carol Burnett Show Episode # 7 | Burngood, Inc. |
| 5 | RE 688-530 | The Carol Burnett Show Episode # 8 | Burngood, Inc. |

\* See attached page.

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | | |
|---|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | | AUTHOR OF WORK |
| 1 | | | |
| 2 | | | |
| 3 | | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☒ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☒ No | DATE RENDERED<br>10-15-2013 |
|---|---|---|
| CLERK<br>Terry Nafisi | (BY) DEPUTY CLERK<br>Kane Tien | DATE<br>10-15-2013 |

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

## Attachment to Report on the Filing or Determination
## of an Action or Appeal Regarding a Copyright

### Bob Banner Associates, Inc. v. Whacko, Inc. and Carol Burnett

| Copyright Registration No. | Title of Work | Author of Work |
|---|---|---|
| RE 688-529 | The Carol Burnett Show Episode # 9 | Burngood, Inc. |
| RE 688-540 | The Carol Burnett Show Episode # 10 | Burngood, Inc. |
| RE 688-528 | The Carol Burnett Show Episode # 11 | Burngood, Inc. |
| RE 688-538 | The Carol Burnett Show Episode # 12 | Burngood, Inc. |
| RE 688-537 | The Carol Burnett Show Episode # 13 | Burngood, Inc. |
| RE 688-536 | The Carol Burnett Show Episode # 14 | Burngood, Inc. |
| RE 688-534 | The Carol Burnett Show Episode # 15 | Burngood, Inc. |
| RE 688-541 | The Carol Burnett Show Episode # 16 | Burngood, Inc. |
| RE 688-535 | The Carol Burnett Show Episode # 17 | Burngood, Inc. |
| RE 688-539 | The Carol Burnett Show Episode # 18 | Burngood, Inc. |
| RE 717-194 | The Carol Burnett Show Episode # 19 | Burngood, Inc. |
| RE 717-205 | The Carol Burnett Show Episode # 20 | Burngood, Inc. |
| RE 717-204 | The Carol Burnett Show Episode # 21 | Burngood, Inc. |
| RE 717-203 | The Carol Burnett Show Episode # 22 | Burngood, Inc. |
| RE 717-202 | The Carol Burnett Show Episode # 23 | Burngood, Inc. |
| RE 717-201 | The Carol Burnett Show Episode # 24 | Burngood, Inc. |
| RE 717-200 | The Carol Burnett Show Episode # 25 | Burngood, Inc. |
| RE 717-197 | The Carol Burnett Show Episode # 26 | Burngood, Inc. |
| RE 717-199 | The Carol Burnett Show Episode # 27 | Burngood, Inc. |
| RE 717-196 | The Carol Burnett Show Episode # 28 | Burngood, Inc. |
| RE 717-198 | The Carol Burnett Show Episode # 29 | Burngood, Inc. |
| RE 717-195 | The Carol Burnett Show Episode # 30 | Burngood, Inc. |
| RE 834-903 | The Carol Burnett Show Episode # 601 | Burngood, Inc. |
| RE 834-904 | The Carol Burnett Show Episode # 602 | Burngood, Inc. |
| RE 834-905 | The Carol Burnett Show Episode # 603 | Burngood, Inc. |
| RE 834-895 | The Carol Burnett Show Episode # 604 | Burngood, Inc. |
| RE 834-897 | The Carol Burnett Show Episode # 605 | Burngood, Inc. |
| RE 834-898 | The Carol Burnett Show Episode # 606 | Burngood, Inc. |
| RE 834-899 | The Carol Burnett Show Episode # 607 | Burngood, Inc. |
| RE 834-900 | The Carol Burnett Show Episode # 608 | Burngood, Inc. |
| RE 834-901 | The Carol Burnett Show Episode # 609 | Burngood, Inc. |
| RE 834-902 | The Carol Burnett Show Episode # 610 | Burngood, Inc. |
| RE 834-896 | The Carol Burnett Show Episode # 611 | Burngood, Inc. |
| RE 834-893 | The Carol Burnett Show Episode # 612 | Burngood, Inc. |
| RE 834-894 | The Carol Burnett Show Episode # 613 | Burngood, Inc. |
| RE 834-907 | The Carol Burnett Show Episode # 614 | Burngood, Inc. |

28664.doc

## PROOF OF SERVICE

### STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is **2049 Century Park East, Suite 3110, Los Angeles, California 90067-3274**.

On January 4, 2013, I served the foregoing document described as **REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT** on the interested parties in this action.

[X] by placing the original and/or a true copy thereof enclosed in (a) sealed envelope(s), addressed as follows:

David R. Schwarcz, Esq.
Schwarcz, Rimberg, Boyd & Rader, LLP
6310 San Vicente Boulevard, Suite 360
Los Angeles, CA 90048

[X] **BY REGULAR MAIL:** I deposited such envelope in the mail at 2049 Century Park East, Suite 3110, Los Angeles, California 90067-3274. The envelope was mailed with postage thereon fully prepaid.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

[ ] **BY FACSIMILE MACHINE:** I transmitted a true copy of said document(s) by facsimile machine, and no error was reported. Said fax transmission(s) were directed as indicated on the service list.

[ ] **BY ELECTRONIC MAIL:** I transmitted a true copy of said document(s) by electronic mail, and no error was reported. Said electronic mail transmission(s) were directed as indicated on the service list.

[ ] **BY OVERNIGHT MAIL:** I deposited such documents at the Federal Express Drop Box located at 2049 Century Park East, Suite 3110, Los Angeles, California 90067-3274. The envelope was deposited with delivery fees thereon fully prepaid.

[ ] **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand to the above addressee(s).

[X] (Federal) I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 4, 2013, at Los Angeles, California.

Kathryn Toyama